UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK JARECKE | : |
|     Plaintiff, | :   CIVIL ACTION NO. |
| v. | :   3:10-cv-00552 (JCH) |
| | : |
| BRIAN MURPHY, ET AL | : |
|     Defendants. | :   DECEMBER 15, 2010 |

**ORDER TO SHOW CAUSE**

Plaintiff is hereby **ORDERED TO SHOW CAUSE by DECEMBER 29, 2010,** why this case should not be dismissed against the remaining defendants for failure to prosecute. Failure to respond, in writing, by **DECEMBER 29, 2010**, will result in the dismissal of this action.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of December, 2010.


    /s/ Janet C. Hall
Janet C. Hall
United States District Judge