United States District Court
of Connecticut

Mark Jarecke (Bailey)

v.

Brian Murphy Et. Al

Civil Action No:

December 17th, 2010

FILED
2010 DEC 28 P 1:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

~ Declaration of Plaintiff, Mark Jarecke (Bailey) ~

Pursuant to the Federal Rules of Civil Procedure, I, Mark Jarecke, pro se, hereby swear under penalty of perjury, the forthcoming to be true so help me God:

1: During my initial Civil Action, in Jarecke v. Hensley, this very Court recognized that I was to be released on Parole in October of 2008 in ruling.

2: Said case was not appealed because I was promised parole and release to the Rogers House Program in Waterbury, Ct.

3: Not only have I proven with evidence prior to my discharge after 12 yrs. that I was remanded from Rogers House in December 2009 for something I did not do, I was **never** afforded parole as a matter of reprisal for exercising my civil rights.

4: All of this has been thoroughly documented by correspondence with Defendant Arcate, who even claimed I would be placed in another program until I opted not to drop this civil action.

5: On August 17th, 2010 I discharged from 12 years incarceration with no assistance, money, programming, transitioning, anything, because I would not drop this case.

6: Moreover, Rogers House had "lost" my television and birth certificate, the latter I had recently paid $30.00 for.

~ 1 ~

7. I am not from Connecticut, and I only began to suffer agoraphobic anxiety symptoms which are foundation to this claim and now have been diagnosed and treated by both Staywell and Morris foundation.

8. With no identification I could not work either of the 3 jobs I was offered, nor could I return to school. The 1st job offer was by Stuart Hawkins, my former attorney.

9. Between my mother & my brother I had 3 places to live but probation would not let me go home.

10. I know how to generate $20-$50,000 legally to invest in technologies like hydrogen cells & overdrive units for automobiles literally doubling gas mileage of cars, and had no id to get a credit card or even cash a check.

11. I had access to 2 cars but could never get either on the road because of my predicament, even losing the only one that was drivable.

12. Because of my case I was dumped in St. Vincent de Paul homeless shelter to wander out in the city of Waterbury after 12 years, without even identification upon exiting my cage.

13. I am from the rural mountains in Virginia.

14. I was forced outdoors early AM to wander aimlessly, carrying all I owned, to return at 7:30 PM to be locked in until morning, forced to wear mental health clothing, and be feasted on by parasites. (bedbugs)

15. Conditions worse than prison, and which became unbearable with the anxiety issues I was being treated for.

16. The shelter tried to get my birth certificate to no avail, Onieda Vital Statistics did not even return the money for it upon denial.

17. Probation would not let me return home and continually insisted on violating me because I had no job.

- 2 -

18. Yet I could not get a job without the assistance (proper I.D.) for I.D. A.O.C. was supposed to afford me upon release.

19. The emergency assistance from Social Security had not gone through, though I filed a s.s.a.p. upon release.

20. I could not get in colledge when applying without I.d., though I could have gotten housing & a Pell grant therewith.

21. Eventually I ended up wandering Waterbury freezing & starving, sleeping outdoors multiple times as my weight reduced to 137 lbs.

22. Drugs were not really a factor because generally people I socialized with gave me what little I did.

23. I was provided <u>no</u> drug abuse treatment upon release.

24. I was passing all of my urines, etc. when probation first claimed I was going to be violated for not having a job.

25. My brother had a job for me down south also, as well as another place to live other than the forestated.

26. These are the factors almost identicle in circumstance which incubated the conditions surrounding the Cheshire incidents.

27. But I am not heinous, did not hurt anyone, and would kill myself like my father did before I turned into a scumbag like the 2 responsible for that.

28. Now I may be like my father eventually, because I can-not cope with another bid psychologically.

29. Especially if that was all I had to look forward to after 12 years in captivity in the first place.

30. I asked for help & recieved harm, a plain & simple fact.

X I hereby swear the foregoing to be true to the best of my knowledge.

X Mark Loiedge 12-17-10

I hereby certify that a copy of the forgoing has been forwarded to the following:

x Mark Bailey 12-17-10

Attorney General's Office
110 Sherman St.
Hartford, Ct.

x Damages can extend beyond prison walls, as can the extent of deliberate indifference. Deliberate indifference by officials can extend to harm upon society by the cruelty of the zookeepers. Haven't captive animals acted out?

Respectfully

Submitted, 12-17-10

Mark Bailey
(Jarecke)