UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK JARECKE | : CASE NO. 3:10-CV-552 (JCH) |
| v. | : |
| | : FEBRUARY 16, 2011 |
| BRIAN MURPHY, ET AL. | : |

**ORDER**

On November 17, 2010, the court issued a Ruling denying plaintiff Mark Jarecke's Motions for Preliminary Injunction (Doc. Nos. 5, 9) and Jarecke's Motion for Summary Judgment (Doc. No. 12).  In that Ruling, the court ordered Jarecke to provide the court with a current mailing address in Connecticut where he may be served with motions, documents, and rulings filed in this case.  The court warned Jarecke that failure to participate in a telephone conference scheduled for November 18, 2010 and failure to provide the court with his current mailing address would result in the dismissal of this case "without prejudice and without further notification from the court."  See Ruling and Order, Doc. No. 34.

Jarecke failed to participate in the November 18, 2010 telephone conference, as well as a deposition scheduled for November 4, 2010.  To date, Jarecke has not complied with the court's Order that he provide a current mailing address.

On November 22, 2010, certain defendants filed a Motion to Dismiss for Failure to Prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  See Doc. No. 35.  On December 15, 2010, the court granted the Motion, absent objection, Doc. No. 39, and issued an Order to Jarecke to show cause why the case should not be dismissed as to any remaining defendants for failure to prosecute.  See Doc. No. 40.   On December

28, 2010, Jarecke filed a Response to the Order to Show Cause, stating that he had been homeless since his release from state prison in August 2010.

Although the court is sensitive to Jarecke's situation, it is impossible for the parties to proceed with this case without a mailing address for Jarecke to which the motions, documents, and rulings filed in this case may be sent.  Jarecke shall provide the court with a valid mailing address no later than **MARCH 15, 2011**.  If the court does not receive a mailing address by that date, the court will dismiss the case as to any remaining defendants, and the Clerk will be directed to close the case.

The court has learned that Jarecke recently was in pretrial custody, and was being held at the medical prisoner unit at UCONN Medical Center.  The Clerk is directed to send a copy of this Order to Jarecke at the Correctional Managed Health Care Unit, 263 Farmington Avenue, Farmington, CT 06030-5386.

**SO ORDERED**

Dated at Bridgeport, Connecticut, this 16th day of February, 2011.

  /s/ Janet C. Hall_____
Janet C. Hall
United States District Judge